UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61889-CIV-DIMITROULEAS

HENRY D. BRYANT, III,

     Plaintiff,

vs.

CHARLES HERRING, individually, and
the CITY OF PEMBROKE PINES, a
Florida Municipal Corporation,

     Defendants.

_____/

## ORDER DISMISSING COUNTS I, III, AND IV OF COMPLAINT; DISMISSING DEFENDANT CHARLES HERRING

THIS CAUSE is before the Court upon the Joint Stipulated Motion for Dismissal With Prejudice as to Counts I, III, and IV, filed herein on April 7, 2008. [DE-7].  The Court has carefully considered the Joint Stipulated Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1)  Count I, a Fourth Amendment Claim, against Defendant Herring is hereby **DISMISSED WITH PREJUDICE**.

2)  Count III, a False Arrest/False Imprisonment Claim, against Defendant Herring is hereby **DISMISSED WITH PREJUDICE**.

3)  Count IV, a Malicious Prosecution Claim, against Defendant Herring is hereby **DISMISSED WITH PREJUDICE**.

4)  Defendant Charles Herring is hereby **DISMISSED WITH PREJUDICE**.

5)  This case remains pending as to Count II against Defendant City of Pembroke Pines.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 7th day of April, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Hugh L. Koerner, Esquire

E. Bruce Johnson, Esquire