UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61889-CIV-DIMITROULEAS

HENRY D. BRYANT, III,

    Plaintiff,

vs.

THE CITY OF PEMBROKE PINES, a
Florida Municipal Corporation,

    Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Joint Stipulation for Dismissal With Prejudice, filed herein on April 15, 2008. [DE-9]. The Court has carefully considered the Joint Stipulation, notes the signatures of counsel for both parties, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal With Prejudice [DE-9] is hereby **GRANTED**.

2. The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

3. The Court shall retain jurisdiction to enforce the terms of the settlement.

4. The Clerk shall deny any pending motions as moot.

5. The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of April, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Hugh L. Koerner, Esquire
E. Bruce Johnson, Esquire